[No. 68351-9-I.   Division One.   March 11, 2013.]

Carl George Jaegel et al., *Appellants*, v. The State of Washington et al., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-2-01386-6, John M. Meyer, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Grosse and Schindler, JJ.

[No. 68502-3-I.   Division One.   March 11, 2013.]

Thomas Eugene Hall, Jr., *Appellant*, v. King County, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-09679-3, Cheryl B. Carey, J., entered February 16, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 68631-3-I.   Division One.   March 11, 2013.]

The State of Washington, *Respondent*, v. D.C.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02565-1, Barbara A. Mack, J., entered March 19, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Lau, JJ.

[Nos. 41083-4-II; 41086-9-II;   Division Two.   March 12, 2013.]
41093-1-II.

The State of Washington, *Respondent*, v. Brian Lee Bedilion, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated June 11, 2013. Substitute opinion filed. See 175 Wn. App. 1019.